UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMA CALDERA CARRILLO,<br><br>                Plaintiff,<br>    v.<br><br>KIKA SCOTT, et al.,<br><br>                Defendants. | CASE NO. 2:25-cv-00305-LK<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

       This matter comes before the Court on the parties' Stipulated Motion to Hold Case in Abeyance. Dkt. No. 6. Plaintiff Norma Caldera Carrillo brought this litigation under the Administrative Procedure Act and Declaratory Judgment Act, seeking to compel action from U.S. Citizenship and Immigration Services ("USCIS") "on her and her spouse's Form I-918, Application for U Nonimmigrant Status, Form I-918A, and Form I-765, Application for Employment Authorization." *Id.* at 1. The parties now seek to hold this case in abeyance until June 9, 2025 because "[w]ith additional time, this case may be resolved without the need of further judicial intervention." *Id.* at 2.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

As noted, this case may be resolved without further judicial intervention. Dkt. No. 6 at 2. The parties assert that USCIS is working to take adjudicative action on Plaintiff's applications and that, once this occurs, Plaintiff will voluntarily dismiss this case. *Id*. A stay to allow this process to play out will not cause any damage, nor any hardship or inequity to either party, and will promote the orderly course of justice and preserve the parties' and the Court's resources.

The Court thus GRANTS the parties' stipulated motion. Dkt. No. 6. This case will be held in abeyance until June 9, 2025. The parties are ORDERED to submit a joint status report on or before June 9, 2025.

Dated this 15th day of April, 2025.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 2